**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 05-1145 -PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Cristino Lopez-Martinez, | ) | |
| Defendants. | ) | |

    The Clerk of Court is **HEREBY ORDERED** to issue subpoenas requiring the jurors that were empaneled in this matter on November 7, 2006, **INCLUDING THE ALTERNATE JUROR**, to appear at an evidentiary hearing to be held on **Tuesday, February 20, 2007, at 9:00 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

    **IT IS FURTHER ORDERED** that the United States Marshals Service shall deliver the subpoenas ordering the jurors to appear and that the jurors shall be instructed that their presence is required for the purposes of conducting an evidentiary hearing. No other information regarding the purpose of the hearing shall be provided to the jurors.

    **DATED this 17th day of January, 2007.**

Stephen M. McNamee
United States District Judge